**No. 46228.**—Protests 801645–G, etc., of J. B. Blood Co. et al. (Boston, etc.).

Opinion by BROWN, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46229.**—Protests 993862–G, etc., of Continental Premium Mart et al. (Milwaukee, etc.).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

### BEFORE THE SECOND DIVISION, JULY 31, 1941

**No. 46230.**—Protests 799743–G, etc., of Hahn Dept. Stores Purch. Corp. et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

### BEFORE THE SECOND DIVISION, AUGUST 5, 1941

**No. 46231.**—Protests 646230–G, etc., of Barker Bros. et al. (Los Angeles, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

### BEFORE THE THIRD DIVISION, AUGUST 5, 1941

**No. 46232.**—Protest 47149–K of H. A. Johnson Co. (Boston).

Opinion by CLINE, J. In accordance with stipulation of counsel that the preserved ginger in question is composed in part of manufactured sugar but not in chief value thereof, the protest was sustained on the authority of Abstract 45762.

**No. 46233.**—Protests 27822–K, etc., of York St. Flax Spinning Co. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty.